IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                              CHAPTER 13 NO.:

AHMAD R. DENNIE                                12 – 03315 – EE

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Ahmad R. Dennie | 2123 Cypress Cove Byram, MS 39272 | $2,664.49 |

THAT, this check was sent to the Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:  January     15    , 2016

Respectfully submitted,

/S/HAROLD J. BARKLEY, JR.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

### C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee                Hon. Edwin Woods, Jr.
ustpregion05.ja.ecf@usdoj.gov            lwilkinson@bondnbotes.com

Ahmad R. Dennie
2123 Cypress Cove
Byram, MS 39272

Dated:  January    15    , 2016

/S/HAROLD J. BARKLEY, JR.
HAROLD J. BARKLEY, JR.